[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 05-12973
Non-Argument Calendar

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
January 26, 2006
THOMAS K. KAHN
CLERK

D. C. Docket No. 02-23680-CV-JEM

STEVEN BROTHER,
ROBERT SHORT,

Plaintiffs-Appellants,

versus

CPL INVESTMENTS, INC.,
d.b.a. Ramada-South Miami/Dadeland,

Defendant-Appellee,

CHARLES L. LEEMON, III,
d.b.a. Ramada-South Miami/Dadeland,

Defendant.

_____

Appeal from the United States District Court
for the Southern District of Florida

_____

**(January 26, 2006)**

Before MARCUS, WILSON and FAY, Circuit Judges.

PER CURIAM:

This appeal challenges an award of costs in favor of a prevailing defendant/appellee and the award of attorneys fees as a sanction against counsel for the plaintiffs/appellants. These awards are affirmed for the reasons set forth in the detailed orders entered by the United States Magistrate Judge on January 13, 2005 and by the United States District Judge on April 27, 2005, which are fully supported by the record.

AFFIRMED.